UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Velma Peoples Jenket, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
Carolyn W. Colvin, ) No. 5:15-CV-449-BO
*Acting Commissioner of Social Security*, )
        Defendant. )
)

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion for judgment on the pleadings [DE 16] is DENIED, and defendant's motion for judgment on the pleadings [DE 18] is GRANTED. The decision of the Commissioner is AFFIRMED.

This case is closed.

<u>This judgment filed and entered on June 3, 2016, and served on:</u>

Jonathan Winstead (via CM/ECF Notice of Electronic Filing)
Roberta Edwards (via CM/ECF Notice of Electronic Filing)
Christopher Anderson (via CM/ECF Notice of Electronic Filing)
David Mansfield (via CM/ECF Notice of Electronic Filing)
Wanda Mason (via CM/ECF Notice of Electronic Filing)

June 3, 2016

                                        JULIE RICHARDS JOHNSTON, CLERK
                                        By: Deputy Clerk